

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2015

No. 04-15-00480-CV

**LIBERTY SPORT AVIATION, L.P.**,
Appellant

v.

**TEXAS HILL COUNTRY BANK**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 14-314A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

   Appellant filed an unopposed motion to consolidate this appeal with appeal number 04-15-00479-CV.  We construe the motion as a request to proceed only in this appeal from trial court cause no. 14-314A.  We grant the motion and retain this appeal on the docket of the court.

_____
Luz Elena D. Chapa, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2015.

_____
Keith E. Hottle
Clerk of Court